Vache Thomassian, Esq., Bar No.: 289053
Caspar Jivalagian, Esq. Bar No. 282818
**KJT LAW GROUP, LLP**
230 N. Maryland Ave. Suite 306
Glendale, California 91206
Telephone: 1-818-507-8525
Facsimile: 1-818-507-8588

Attorney for PLAINTIFF, KOHAR KESIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KOHAR KESIAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendant. | Case No.: CV 21-01787-ODW (RAOx)<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Kohar Kesian ("Plaintiff") by and through her counsel of record herein submits the following Notice of Settlement.

There has been a settlement in principle to resolve: Kohar Kesian v. Target Corporation. Filed at the U.S. District Court for the Central District of California Case No. CV 21-01787-ODW (RAOx). The Parties are in the process of finalizing the release. Plaintiffs respectfully requests that all dates by vacated.

DATED: May 17, 2022                        Respectfully Submitted:

**KJT LAW GROUP, LLP**


By: /s/ Caspar Jivalagian
_____

# PROOF OF SERVICE
*KOHAR KESIAN v. TARGET CORPORATION*
Case No. 20STCV43234

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

  I, Ingrid Calderon, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 230 N. Maryland Avenue, Suite 306, Glendale, CA 91206.

  On May 17, 2022, I served the foregoing **NOTICE OF SETTLEMENT** by following one of the methods of service as follows:

**PLEASE SEE SERVICE LIST**

  **BY MAIL:** I deposited such envelope in the mail at Glendale, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**XX**  **ONLY BY ELECTRONIC TRANSMISSION:** Only by e-mail the document(s) to the person(s) at the email address(es). This is necessitated due to the declared due to the National Emergency due to the Coronavirus (COVID-19) pandemic. Our office will be working remotely, not able to send physical mail as usual, and therefore, using only electronic email. We will provide a physical copy at the request of the receiving party upon the return to the office once the National Emergency has been lifted.

  **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

**XX**  **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 17, 2022, at Glendale, California.

              BY: /s/ Ingrid Calderon

## SERVICE LIST

Eugene J. Egan, Esq.
Joshua Babataher, Esq.
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Tel: (213) 624-6900/ Fax: (213) 624-6999
eje@manningllp.com
jkb@manningllp.com
*[Attorneys for Defendant Target Corporation]*