JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| KOHAR KESIAN, | Case № 2:21-cv-01787-ODW (RAO) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| TARGET CORPORATION et al, | |
| Defendants. | |

The Court, having considered the parties' Joint Stipulation for Dismissal With Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all claims in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 1, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**